UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CORY COPELIN,

                Plaintiff,

- against -

P.O. MARTINEZ, #1798, S.P.O.C.
GUADALUPE-SMITH, HEARING OFFICER
CHANDRA PERRY-PATTERSON, BILL
HYNDERSON, JOHN DOE, Hearing Officer,

                Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV-13-5570 (SJF)(AKT)

FILED
CLERK
6/25/2014 4:36 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 18, 2014, accepting in its entirety the October 21, 2013 Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson, dismissing the complaint with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute; and that this case is hereby closed.

Dated: Central Islip, New York
       June 25, 2014

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                           By:   /s/ Catherine Vukovich
                                 Deputy Clerk